FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 24 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BRIAND WILLIAMS,

    Plaintiff,

v.

COUNTY OF VENTURA, et al.,

    Defendants.

Case No. CV 07-7655-AHM (MLG)

ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint, the motion to amend, and all of the records and files herein and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and ORDERS that:

The second amended complaint be **DISMISSED** as to Defendants County of Ventura, Ventura County Sheriff Robert Brooks, Defendant Stelly, Defendant Perez, J. Clark, Michael Harris, P. Gomez, R. Garcia, A. Powell, R. Wade, A. Ramirez, Daniel Goodrich, R. Doepking, J. Gray, J. Eisenhard, T. Miller, F. Valdez IV, Richard Saville, M. De La Huerta, Jeffrey S. Miller, S. Karing, J. Miller, P. Mendoza, and John

Glueckert **WITH PREJUDICE** and without leave to amend.

Plaintiff's claim that his right of access to the courts was violated by the confiscation and withholding of his legal materials be **DISMISSED WITH PREJUDICE** and without leave to amend. Furthermore, any of the John and Jane Doe defendants whom Plaintiff claims violated his right of access to the courts by confiscating and withholding his legal materials are **DISMISSED WITH PREJUDICE**. As to Paragraph 61 of the proposed Third Amended Complaint, the conduct of the claim members of the County Counsel Office may not fall within the scope of *Imoler's* absolute immunity, but it does not give rise to a claim for relief anyway.

All of Plaintiff's claims for municipal and supervisory liability be **DISMISSED WITH PREJUDICE** and without leave to amend.

Plaintiff's request for reconsideration of the denial of the motion to file a third amended complaint is **DENIED**.

The action should proceed only against Deputy J. Holt, Deputy A. Wilkinson, Deputy R. Hull, Deputy F. Sedeño, Deputy J. Cashmark, Deputy A. Stone, Deputy R. Rawston, Senior Deputy P. Frank, Sergeant R. Bassi, and Sergeant Renee Ferguson, on the causes of action noted in the Report and Recommendation.

Dated: November 24, 2009

_____
A. Howard Matz
United States District Judge