ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 20 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS - 6/ENTER

FILED
MAY 20 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

BRIAND WILLIAMS,

    Plaintiff,

v.

VENTURA COUNTY SHERIFF'S DEPT., et al.,

    Defendants.

Case No. CV 07-7655-AHM (MLG)

JUDGMENT

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: May 19, 2011

_____
A. Howard Matz
United States District Judge